# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PAUL R. ROCK AND HEATHER L. ROCK, <br>    Debtors. | ) Bankr. No. 24-20827 CMB <br> ) <br> ) Chapter 13 <br> ) |
| PAUL R. ROCK AND HEATHER L. ROCK, <br>    Movants, <br><br> vs. <br><br> VERIZON WIRELESS AND/OR JEFFERSON CAPITAL SYSTEMS, <br><br>    Respondents. | ) Docket No. 64 <br> ) Related to Docket No. 61 and Claim No. 21 <br> ) <br> ) Hearing Date & Time: 10/15/2024 at 10:00 a.m. <br> ) <br> ) <br> ) <br> ) <br> ) **ENTERED BY DEFAULT** <br> ) <br> ) <br> ) |

## ORDER OF COURT

Upon consideration of the evidence presented, the Court finds that the proof of claim filed at claim no. 21 by Jefferson Capital Systems is not well taken.

It is therefore ORDERED that the Debtors' motion is granted and the Movants' objection to the proof of claim at claim no. 21 is sustained and the proof of claim is denied in its' entirety.

Date: October 7, 2024

_/s/ Carlota M. Böhm_ dmr
Carlota M. Bohm
U.S. Bankruptcy Judge

FILED
10/7/24 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA